442 (Rev 12/85) Warrant for Arrest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Filed Under Seal**

UNITED STATES OF AMERICA
v.
DANI NEMR TARRAF

WARRANT FOR ARREST ㉝

09-cr-743-1

CASE NUMBER: ~~09-M-1902~~ M-1

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DANI NEMR TARRAF

and bring him or her forthwith to the nearest magistrate judge to answer a

*C Complaint

charging him with (brief description of offense)

**FILED**

JAN 12 2010

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

From in or about June 2007 through and including in or about November 2009, DANI NEMR TARRAF, DOURI NEMR TARRAF, HASSAN MOHAMAD KOMEIHA, and HUSSEIN ALI ASFOUR, a/k/a "Alex," conspired to transport stolen goods, in violation of Title 18, United States Code, Section 371;

From in or about March 2009 through and including in or about November 2009, DANI NEMR TARRAF conspired to acquire a missile system designed to destroy aircraft, in violation of Title 18, United States Code, Section 2332g;

From in or about March 2009 through and including in or about November 2009, DANI NEMR TARRAF conspired to possess machineguns, in violation of Title 18, United States Code, Section 371; and

From in or about September 2008 through and including in or about November 2009, DANI NEMR TARRAF and ALI FADEL YAHFOUFI conspired to commit passport fraud, in violation of Title 18, United States Code, Section 371.

In violation of Title 18, United States Code, Sections 371 & 2332g

| Honorable TIMOTHY R. RICE | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Timothy R. Rice | November 20, 2009; Philadelphia, PA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Samuel Smemo, Jr. | |
| DATE OF ARREST | Supervisory Special Agent, FBI | |

NBWinter/SAMiller Authorizing